## (November 30, 1976)

■ In the Matter of MICHAEL WERBOFF, Appellant, v DANIEL W. JOY, as Commissioner of the Department of Rent and Housing Maintenance, Office of Rent Control, City of New York, Respondent, and DONALD S. HILLMAN et al., Intervernors-respondents.—Judgment, Supreme Court, New York County, entered on August 5, 1976, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent-respondent and intervenors-respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lynch, JJ.

■ F. H. VON DAMM, INC., Appellant, v DEPARTMENT OF RELOCATION AND MANAGEMENT SERVICES OF THE HOUSING AND DEVELOPMENT ADMINISTRATION OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County, entered on March 5, 1976, unanimously affirmed for the reasons stated by Frank, J., at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Lynch, JJ.

■ PHILIP NAGER, Appellant, v XEROX CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on or about March 23, 1976, and the judgment entered thereon on March 30, 1976, unanimously affirmed on the opinion of Spiegel, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Capozzoli, Lane, Nunez and Lynch, JJ.